IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTANA RENEE CUMLEY,

*Plaintiff*,

vs.

KANSAS DEPARTMENT OF
CHILDREN AND FAMILIES, *et al.*

*Defendants.*

Case No. 23-2307-EFM

**ORDER**

On July 17, 2023, Magistrate Judge Gale issued a Report and Recommendation (Doc. 6) that the District Court dismiss Plaintiff's Complaint for failing to state a viable federal cause of action. The Plaintiff was given fourteen days after service of a copy of the proposed findings and recommendation to file any written objections. A copy of the Report and Recommendation was served on Plaintiff via certified mail to her address of record which she had indicated on her initial Complaint (the Court notes that the place for her address had the following written and then crossed out: "Undisclosed due to safety concerns of continuing death threats and ongoing harms by defendants actions and refusal to provide service per their advertisements [the handwriting of this last word is not entirely clear]." As noted, however, that statement was crossed out and a mailing address in Wichita was written in, which is the address listed on the docket sheet for this case). The Certified Mail Return Receipt was signed for on July 24, 2023, and returned to the Court.

Over fourteen days have passed, and no objections have been filed. Moreover, the Court has reviewed the Report and Recommendation, and finds that it should be adopted by the Court as its ruling.

IT IS THEREFORE ORDERED that the case is dismissed for failure to state a claim upon which relief may be granted, pursuant to the Report and Recommendation, Doc. 6, which the Court adopts as its own Memorandum and Order.

IT IS SO ORDERED.

Dated this 11th day of August, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE